UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JOE BRUNSON,

                Plaintiff,

    v.

OFFICER L. VERHELST, *et al.*,

                Defendants.

Case No. C18-0030-MJP

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted;

(2)    Defendants' motion for summary judgment (Dkt. 14) is GRANTED;

(3)    Plaintiff's complaint (Dkt. 6) and this action are DISMISSED with prejudice; and

(4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this **20** day of **Nov.**, 2018.

                        MARSHA J. PECHMAN
                        United States District Judge